FILED
U.S. DISTRICT COURT
SAVANNAH
2014 DEC -3 AM 10: 25

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

RICKY SMITH, )
)
    Petitioner, )
)
v. ) CASE NO. CV514-008
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 18), to which objections have been filed (Doc. 20). After careful consideration, the Court finds Petitioner's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3RD day of December 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA