IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

RICKY SMITH, )
)
    Petitioner, )
)
v. ) CASE NO. CV514-008
) CR510-022
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is Petitioner's Motion for Certificate of Appealability. (Doc. 30.) Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). The prisoner must also "provide a clear statement of the contemplated appellate issues, showing that they are debatable among jurists of reason and that a court could resolve them in a different manner, or that the questions are adequate to deserve encouragement to proceed further." United States v. Burkhalter, 966 F.Supp. 1223, 1225 (S.D.Ga.1997) (internal citations, quotations and alterations omitted).

The Court has carefully considered Petitioner's claims and finds that he has not met the above standard. In his motion,

Petitioner merely states that the Court "denied [Petitioner's] collateral attack under [§] 2255, challenging his conviction" and thus, the decision is appealable. (Doc. 30 at 1.) However, the Court finds that this nonspecific and vague assertion does not establish a substantial showing that Petitioner's constitutional rights were denied to him. Accordingly, Petitioner's Motion for Certificate of Appealability (Doc. 30) is **DENIED**.

SO ORDERED this 24th day of March 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA