IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

RICKY SMITH,  )
  )
    Petitioner,  )
  )
v.  )  CASE NO. CR510-022
  )  CV514-008
UNITED STATES OF AMERICA,  )
  )
    Respondent.  )
  )

O R D E R

Before the Court is Petitioner's Motion to Stay. (Doc. 100.) In his motion, Petitioner requests that this Court stay this action due to a prison lockdown that has impacted his access to the prison law library. (Id.) After careful consideration, Petitioner's request is **DENIED**. The Eleventh Circuit granted Petitioner's Application for Leave to File a Second or Successive Motion to Vacate, Set Aside or Correct Sentence with respect to Petitioner's claims 1 and 2. (Doc. 97.) Although Petitioner has not yet filed his petition pursuant to the Eleventh Circuit's directive, this Court will not stay this action. Petitioner's Motion to Appoint Counsel and Motion for Evidentiary Hearing (Doc. 98) remain pending before the Magistrate Judge.

SO ORDERED this 5th day of February 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA